IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN LUBICH,                           )<br>                Plaintiff,     )<br>                                              )<br>vs.                                         )<br>                                              )<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON,                           )<br>                Defendant.    ) | Civil Action No. 09-364<br>Chief Judge Gary L. Lancaster<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 24 day of March, 2010, after the Plaintiff, Erin Lubich, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Plaintiff and a Cross-motion for Summary Judgment was filed by Defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 22, 2010, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Plaintiff [Dkt. 14] is DENIED, and the Cross-motion for Summary Judgment submitted by Defendant [Dkt. 18] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by electronic filing